UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALLEN ATKINS,

        Plaintiff,                  Case No. 1:22-cv-983

v.                                     Honorable Paul L. Maloney

CHRISTIAN ERNEST GAUDERER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's order.

Dated:  March 13, 2023                /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge